# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 01, 2019

Ms. Jeannette Clack
Western District of Texas, El Paso
United States District Court
525 Magoffin Avenue
Room 108
El Paso, TX 79901-0000

    No. 18-51062    USA v. Carmen Marquez-Castillo
                      USDC No. 3:17-CR-1080-2

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Roeshawn A. Johnson, Deputy Clerk
                      504-310-7998

cc:    Ms. Mara Asya Blatt
        Mr. Joseph H. Gay Jr.
        Mr. Orlando Mondragon

Case 3:17-cr-01080-DB  Document 639  Filed 07/01/19

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-51062

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CARMEN ALFREDO MARQUEZ-CASTILLO, also known as Viejo, also known as Viejito,

    Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas

Before SOUTHWICK, HAYNES, and HO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellee's unopposed motion to vacate and remand to district court is GRANTED.

    IT IS FURTHER ORDERED that appellee's alternative motion for an extension of thirty (30) days from denial of motion to file the appellee's brief is DENIED AS MOOT.

A True Copy
Certified order issued Jul 01, 2019

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit